IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rhonda Anderson, individually, and              :
as parent and natural guardian of the
minor Sean Ward,                                 :        Civil Action 2:04-cv-215

                      Plaintiff           :        Judge Graham

    v.                                          :        Magistrate Judge Abel

Brass Eagle, Inc.,                               :

               Defendant          :

## ORDER DISMISSING FOR WANT OF PROSECUTION

On April 13, 2005, the Court ordered that plaintiff Rhonda Anderson, individually, and as parent and natural guardian of the minor Sean Ward retain new counsel who entered an appearance within 30 days.  If plaintiff did not retain new counsel but wanted to continue prosecuting this lawsuit, she had to file a statement with the Court within 30 days of the date of the Order stating her intent to represent herself.

Plaintiff  has not retained counsel who entered an appearance for her, and she has not filed a statement of her intent to represent herself.  She has also failed to respond to the Court's  May 24, 2005 order that she show cause why the case should not be dismissed for want of prosecution and failure to comply with an order of the court.  Further, plaintiff has failed to file a response to defendant's March 11, 2005 motion for summary judgment.

Finding that plaintiff has failed to comply with orders of the court and has failed to take any action to defend against defendant's motion for summary judgment, the Court

**DIRECTS** the Clerk of Court to enter judgment dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(b).

It is so ORDERED.

s/James L. Graham                                    
JAMES L. GRAHAM
United States District Judge

DATE:  June 21, 2005